# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Zionn Olah Tascyi Sandoval**<br>DOB: 2001; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>25-01112MJ |

Complaint for a violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSES OR VIOLATIONS:**
On or about October 1, 2025, at or near Tucson, in the District of Arizona, **Zionn Olah Tascyi Sandoval**, knowing he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm, that is, one (1) black Springfield XD-40 .40 caliber pistol; said firearm being in and affecting commerce in that it was previously transported into the state of Arizona from another state or foreign country; all in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(8).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On or about October 1, 2025, Tucson Police Department (TPD) Officers were conducting surveillance at a residence in the 400 block of South Campbell Avenue, Tucson, Arizona, when a green Dodge Charger vehicle pulled up to the address. It was later determined that the driver, registered owner, and sole occupant of the vehicle was **Zionn Olah Tascyi Sandoval**. Less than an hour later, **SANDOVAL** got out of the Dodge Charger and got into the front passenger seat of a Lexus bearing Arizona license plate M1A20X. Officers conducted a stop of the Lexus for a traffic violation. The front seat passenger was identified as **Zionn Olah Tascyi SANDOVAL**, the rear seat passenger was T. Sandoval, and the driver was identified as S. Fernander. Fernander notified officers he had a gun and handed them a backpack. A 9mm handgun was found in the backpack. All occupants were removed from the vehicle and a search warrant reference case number P2509270049 was served on the Lexus vehicle. A .40 caliber black Springfield XD-40 pistol bearing serial number US298019 was located under the front passenger seat where **Zionn Olah Tascyi SANDOVAL** had been sitting.

In post-*Miranda* statements, all occupants denied knowing the black Springfield XD-40 pistol was under the front passenger seat and all denied ownership. **SANDOVAL** stated he was not allowed to have firearms because he was on federal probation/supervision. The gun was located with the barrel facing the passenger door and the handle directed toward the rear passenger seat. The front passenger seat had a raised lip under it on the back making it difficult for a rear passenger to shove it under the seat. As investigators continued their investigation under case P2509270049 they served a search warrant on the green Dodge Charger that was registered to **SANDOVAL**. Inside the vehicle they found a box of 9mm ammunition and a backpack that contained a metal magazine that fit the .40 caliber black Springfield XD-40 pistol. The ammunition in that magazine matched the ammunition found in the magazine from the Springfield pistol located under **SANDOVAL's** feet underneath the front passenger seat.
**(BASIS OF COMPLAINT CONTINUED ON REVERSE.)**

MATERIAL WITNESSES IN RELATION TO THE CHARGE:  N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge. | SIGNATURE OF COMPLAINANT<br>*Carlos Aguilar*  10/17/25 |
|---|---|
| AUTHORIZED BY AUSA R. Arellano *Raquel Arellano*<br>Digitally signed by RAQUEL ARELLANO<br>Date: 2025.10.17 16:23:13 -07'00' | OFFICIAL TITLE<br>ATF TFO/TPD Detective Carlos Aguilar |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>October 17, 2025 |

[1] See Federal Rules of Criminal Procedure Rules 3, 4.1, and 54

CC: USM, AUSA, PTS

**(BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED CONTINUED.)**
**Page 2**

A law enforcement records check conducted on **Zionn Olah Tascyi SANDOVAL** revealed the following prior conviction in United District Court for the District of Arizona: Possession of an Unregistered Firearm, a Class C felony, dated July 10, 2024, in case number CR 23-00729-001-TUC-JAS (AMM). This felony offense is punishable by imprisonment for a term greater than one year. **Zionn Olah Tascyi SANDOVAL** has not had his civil right to possess firearms restored.

An ATF interstate nexus expert performed a preliminary interstate nexus determination by examining photographs of the firearm and determined that the .40 caliber black Springfield XD-40 pistol found underneath the front passenger seat where **SANDOVAL** was sitting in a vehicle was not manufactured in the state of Arizona and thus traveled in interstate and/or foreign commerce.